

Application GRANTED. Defendants shall answer, move or otherwise respond to the complaints by **November 29, 2022**.

October 7, 2022

Dated: October 11, 2022
New York, New York

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

      **RE: Consent Motion For Extension Of Time To File Answers To Complaints,**
*King v. Habib Bank Ltd.*, **No. 20-cv-4322-LGS;** *Border v. Habib Bank Ltd*., **No. 21-cv-6044-LGS;** *Alexander v. Habib Bank Ltd*., **No. 21-cv-2351-LGS ("*King et al.*").**

Dear Judge Schofield,

      With the consent of Plaintiffs in this action, and pursuant to Rule I.B.2. of the Court's Individual Rules and Procedures for Civil Cases, Defendant Habib Bank Ltd. ("HBL") respectfully moves for an extension of time to file its answers to the three Complaints in *King et al*. HBL's answers are currently due October 12, 2022, pursuant to Fed. R. Civ P. 12(a)(4)(A). HBL respectfully requests that the Court grant an extension of HBL's answer date until November 29, 2022. This is Defendants' first request for an extension of time.

      On September 28, 2022, the Court granted in part and denied in part HBL's motion to dismiss, and ordered the parties to meet and confer and file a proposed civil case management plan and scheduling order by October 19, 2022. *See* Opinion and Order (Dkt. 56). The requested extension will not adversely impact that filing.

      There is good cause for the Court to grant this extension. The three Complaints collectively contain 647 pages of allegations that require further investigation and analysis by HBL. Additionally, the parties are undertaking discussions about the proposed case management plan and scheduling order due October 19. The requested extension will allow the parties to address HBL's proposal to defer substantive responses to the Complaints until after the completion of jurisdictional discovery and the filing of HBL's renewed motion to dismiss for lack of jurisdiction as allowed by the Court. *See* Opinion and Order (Dkt. 56) at 7-8, 24.

      For the foregoing reasons, and with Plaintiffs' consent, HBL respectfully moves that the time to file its answers to the Complaints be extended to and through November 29, 2022.

      Respectfully submitted,

      */s/ Mitchell R. Berger*
      Mitchell R. Berger (MB-4112)

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**BY ECF**

October 7, 2022

Alexandra E. Chopin (AC-2008)
Benjamin D. Wood (*Pro Hac Vice*)

SQUIRE PATTON BOGGS (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, New York 10036

2550 M Street, N.W.
Washington, D.C. 20037

t: (202) 457-6000
f: (202) 457-6315
mitchell.berger@squirepb.com
alexandra.chopin@squirepb.com
benjamin.wood@squirepb.com

*Counsel for Defendant Habib Bank Limited*